1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  CYMEYON V. HILL,                         No. ED CV 23-1605-JLS(E)

12                    Plaintiff,

13        v.                                 ORDER ACCEPTING FINDINGS,
                                             CONCLUSIONS AND RECOMMENDATIONS
14  PAUL MALKO, ET AL.,                      OF UNITED STATES MAGISTRATE
                                             JUDGE
15                    Defendants.

16

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the

19  records herein and the attached Report and Recommendation of United States Magistrate

20  Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and

21  Recommendation to which any objections have been made.  The Court accepts and adopts the

22  Magistrate Judge's Report and Recommendation.

23

24        IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

25  ///

26

27

28

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED:  March 12, 2024.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2