JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL, | No. ED CV 23-1605-JLS(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| PAUL MALKO, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  March 12, 2024.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE